DOUGLAS LYNCH et al., Respondents, v ROBERT SLOCUM et al., Appellants.—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.